UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE R. THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>DIGICON CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:14-cv-01597 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs and attorney fees.

Dated: June 12, 2015

Respectfully submitted:

  /s/ Jacqueline C. Tully
Jacqueline C. Tully, D.C. Bar No. 978228
Jackson Lewis P.C.
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
jacqueline.tully@jacksonlewis.com
*Counsel for Defendant*

  /s/ Catharine E. Edwards
Catharine E. Edwards, D.C. Bar No. 1000457
Edwards Kirby, LLP
2000 P Street, N.W., Suite 300
Washington, D.C. 20036
cedwards@edwardskirby.com
*Counsel for Plaintiff*

    /s/ Sharon Y. Eubanks
Sharon Y. Eubanks, D.C. Bar No. 420147
Edwards Kirby, LLP
2000 P Street, N.W., Suite 300
Washington, D.C. 20036
seubanks@edwardskirby.com
*Counsel for Plaintiff*